**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Leticia AGUILAR–TERAN, Defendant–Appellant.**

No. 05–40526.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 21, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office Southern District, Houston, TX, for Defendant–Appellant.

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: *

Leticia Aguilar–Teran (Aguilar) appeals her sentence under 8 U.S.C. § 1324 for two counts of transporting an illegal alien. Aguilar asserts that the district court violated the Due Process and Ex Post Facto Clauses by sentencing her in accordance

---

with the remedial portion of *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), when she committed the offenses before *Booker* was issued. While this appeal was pending, we rejected this argument. *See United States v. Austin,* 432 F.3d 598, 599–600 (5th Cir.2005).

Aguilar also asserts that the district court violated her rights under the Sixth Amendment by increasing her sentence based upon facts that were neither included in the indictment nor admitted by her. This argument is meritless because Aguilar was sentenced after *Booker* was issued. *See United States v. Alonzo,* 435 F.3d 551, 553 (5th Cir.2006).

The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.